THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
DEC 1 3 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ dq
DEPUTY CLERK

PARSONS XTREME GOLF, LLC, §
§
    Plaintiff/Counter-Defendant, § Case No. WA-22-CV-01215-AM/DTG
§
v. §
§
EDEL GOLF, LLC, a Colorado limited §
liability company, and EDEL GOLF, §
LLC, a Texas limited liability company, §
§
    Defendants/Counter-Plaintiffs. §

## ORDER

It is **ORDERED** that because the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 37) complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in the above-named matter are **DISMISSED WITH PREJUDICE**, with the parties to bear their own fees and costs; and

It is **FURTHER ORDERED** that a clerk's judgment be entered, terminating the above-named action.

SIGNED and ENTERED on this 13th day of December 2023.

_____
ALIA MOSES
Chief United States District Judge